IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| MARK McGEE, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PIONEER NATURAL RESOURCES USA, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 6:12-CV-055-C |

## ORDER OF DISMISSAL

The Court having considered the Stipulation of Dismissal with Prejudice filed May 17, 2013,

IT IS ORDERED that this cause is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated May 17, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE